UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

HAROLD LINARES,                                    Case No.:  1:25-cv-08609-RFT

        Plaintiff,

   vs.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
----------------------------------------------------------x

## ORDER

WHEREAS the Plaintiff filed a motion requesting that the Court grant a sixty (60) day extension of time to file the Plaintiff's Brief; It is hereby

ORDERED that the Plaintiff's motion is granted and the Plaintiff is directed to file Plaintiff's Brief by May 10, 2026.  Defendant's Brief is due July 9, 2026, and Plaintiff's Reply Brief is due July 23, 2026.

The Clerk of Court is respectfully requested to terminate ECF 13.

Dated: March 11, 2026                              SO ORDERED
    New York, NY

_____